1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       Email:  robert.rees@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-0028-JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING FROM JUNE 23, 2017 TO JULY 14, 2017 AND WAIVER OF THE SPEEDY TRIAL ACT |
| v. | |
| JEHOADDAN WILSON, and MARCUS WILSON, | |
| Defendants. | |

**STIPULATION**

The United States and defendants, Jehoaddan Wilson and Marcus Wilson, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The parties are currently set for a status appearance on June 23, 2017 at 9:30AM before the Honorable Jon S. Tigar. Due to the unavailability of government counsel on that date, the parties hereby stipulate and agree to continue that status hearing three weeks to July 14, 2017 at 9:30AM.

2. The parties further stipulate and agree that an exclusion of time under the Speedy Trial Act from June 23, 2017 to July 14, 2017 is appropriate. The parties stipulate and agree that the ends of justice

1

served by that exclusion outweigh the best interest of the public and the defendant in a speedy trial because the case is complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) due to the volume and complexity of income tax-related documents in the case and to preserve continuity of counsel as set forth in 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED

Dated: June 12, 2017 _____/s_____
ROBERT DAVID REES
Assistant United States Attorney

Dated: June 12, 2017 _____/s_____
ANGELA HANSEN, ESQ.
Assistant Federal Public Defender
Attorney for Defendant Jehoaddan Wilson

Dated: June 12, 2017 _____/s_____
ERIK BABCOCK, ESQ.
Attorney for Defendant Marcus Wilson

## [PROPOSED] ORDER

Upon stipulation by the parties and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing currently scheduled for June 23, 2017 at 9:30AM is continued to July 14, 2017. The Court further finds and holds:

1. The defendants stipulate and agree to an exclusion of time under the Speedy Trial Act from June 23, 2017 to July 14, 2017. Failure to grant the requested continuance would unreasonably deny continuity of counsel as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Furthermore, this case is complex within the meaning of § 3161(h)(7)(B)(ii).

2. Given these circumstances, the Court finds that the ends of justice served by excluding the time period set forth above outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendants, the Court orders that the time period set forth above be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (B)(ii)

2

and (B)(iv).

IT IS SO ORDERED.

Dated: June 13, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE