Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
JEHOADDAN WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-17-0028-JST |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER AUTHORIZING |
| v. ) | OUT-OF-DISTRICT TRAVEL |
| JEHOADDAN WILSON, ) | |
| Defendant. ) | |

Upon the request of the defendant, JEHOADDAN WILSON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and Pre-Trial Services, and good cause appearing because defendant has a funeral for a family member in San Diego, which may require travel in both the Central and Southern District of California,

Defendant shall be allowed to travel to the Central and Southern Districts of California for the funeral from September 27, 2017 to October 1, 2017.  Pre-Trial Services shall impose any reasonable conditions upon defendant while she is staying in the Central and Southern Districts of California in their discretion.

Defendant shall in advance advise Pretrial Services of her travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: September 22, 2017

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
JEHOADDAN WILSON

IT IS SO STIPULATED.

Dated: September 22, 2017

/s/
ROBERT REES
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

Defendant shall be allowed to travel to the Central and Southern Districts of California for the funeral of her family member from September 27, 2017 to October 1, 2017. Pre-Trial Services shall impose any reasonable conditions upon defendant while she is staying in Southern California in their discretion.

Defendant shall in advance advise Pretrial Services of her travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

IT IS SO ORDERED.

Dated: 9/25/17

HON. KANDIS A WESTMORE
United States Magistrate Judge
Northern District of California