```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  ROBERT DAVID REES (CABN 229441)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-7210
 7       FAX: (415) 436-7234
         Email: robert.rees@usdoj.gov
 8
    Attorneys for United States of America
 9
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 17-028 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **MEMORIALIZING EXCLUSIONS OF TIME** |
| v. | ) **UNDER THE SPEEDY TRIAL ACT** |
| JEHOADDAN WILSON, and MARCUS WILSON, | ) |
| Defendants. | ) |

## STIPULATION

The United States and defendants Jehoaddan Wilson and Marcus Wilson, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On March 17, 2017, the Court, with the agreement of the parties, ordered the exclusion of time under the Speedy Trial Act from March 17, 2017 to June 23, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii). *See* Dkt. 18.

2. On July 14, 2017, the Court, with the agreement of the parties, ordered the exclusion of time under the Speedy Trial Act from July 14, 2017 to August 18, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii). *See* Dkt. 23.

3. On August 18, 2017, the Court, with the agreement of the parties, ordered the exclusion of time under the Speedy Trial Act from August 18, 2017 to September 22, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii). *See* Dkt. 29.

4. On September 22, 2017, the Court, with the agreement of the parties, ordered the exclusion of time under the Speedy Trial Act from September 22, 2017 to November 3, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii). *See* Dkt. 32.

IT IS SO STIPULATED:

Dated: October 12, 2017 _____/s_____
ROBERT DAVID REES
Assistant United States Attorney

Dated: October 4, 2017 _____/s_____
GEORGE BOISSEAU, ESQ.
Attorney for Defendant Jehoaddan Wilson

Dated: October 4, 2017 _____/s_____
ERIK BABCOCK, ESQ.
Attorney for Defendant Marcus Wilson

SPEEDY TRIAL EXCLUSION
CR 17-0028 JST

| | |
|---|---|
| 1 | **[PROPOSED]** **ORDER** |
| 2 | As to each time period set forth in the submission above and set forth below, the parties stipulate, |
| 3 | and Court found and held as follows for each of the listed date ranges: |

- March 17, 2017 to June 23, 2017;
- July 14, 2017 to August 18, 2017;
- August 18, 2017 to September 22, 2017; and
- September 22, 2017 to November 3, 2017; that

1. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, this case was found to be complex within the meaning of § 3161(h)(7)(B)(ii).

2. Given these circumstances, the Court found that the ends of justice served by excluding the time periods set forth above outweigh the best interest of the public and the defendants in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendants, the Court ordered that the time periods set forth above be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

IT IS SO ORDERED.

Dated: October 12, 2017

_____
HON. JON S. TIGAR
United States District Court Judge

SPEEDY TRIAL EXCLUSION
CR 17-0028 JST