| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | MICHELLE BAZU (CABN 266964)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>michelle.bazu@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

Line numbers 10-28 follow in the body below.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 17-00028 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER**<br>) **EXCLUDING TIME FROM DECEMBER 15,** |
| v. | ) **2017 TO JANUARY 26, 2018** |
| JEHOADDAN WILSON and<br>MARCUS WILSON, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Michelle Bazu for Plaintiff United States of America, George Boisseau, counsel for defendant Jehoaddan Wilson, and Erik Babcock, counsel for defendant Marcus Wilson, that the status conference hearing presently scheduled for Friday, December 15, 2017 at 9:30 a.m., be continued to Friday, January 26, 2018 at 9:30 a.m.

The parties agree to exclude the time between December 15, 2017 and January 26, 2018 from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*. The government has engaged in discussion with defense counsel regarding a possible resolution of

STIPULATION AND PROPOSED ORDER EXCLUDING TIME
CR 17-00028 JST

the pending case. Defense counsel continues to review the discovery, conduct further investigation and research, and will need additional time to discuss the discovery and the case with the defendants. Therefore, the parties agree that the time period of December 15, 2017 and January 26, 2018, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: December 12, 2017         /s/
                                 GEORGE BOISSEAU
                                 Counsel for Jehoaddan Wilson

DATED: December 12, 2017         /s/
                                 ERIK BABCOCK
                                 Counsel for Marcus Wilson

DATED: December 12, 2017         /s/
                                 MICHELLE BAZU
                                 Assistant United States Attorney

STIPULATION AND ~~PROPOSED~~ ORDER EXCLUDING TIME
CR 17-00028 JST

1 **ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between from December 15, 2017 through January 26, 2018 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 15, 2017 through January 26, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, **IT IS HEREBY ORDERED** that the time from December 15, 2017 through January 26, 2018 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  December 12, 2017



STIPULATION AND ~~PROPOSED~~ ORDER EXCLUDING TIME
CR 17-00028 JST