UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-17-0028-JST |
| Plaintiff, | ) | |
| v. | ) | STIPULATED MOTION TO AMEND BRIEFING SCHEDULE RE JEHOADDAN WILSON'S MOTION TO DISMISS THE INDICTMENT FOR PRE-INDICTMENT DELAY |
| JEHOADDAN WILSON, | ) | |
| v. | ) | |
| Defendant. | ) | |

The United States and defendant Jehoaddan Wilson, through counsel of record, hereby move for an order amending the briefing schedule for Wilson's motion to dismiss the indictment for pre-indictment delay.

1.  The parties have conferred regarding the defendant's motion to dismiss the indictment. The motion is calendared for June 14, 2019, the same date as the previously set status hearing on this case.

2.  The parties have agreed to the following proposed briefing schedule, to allow the parties additional time to brief the motion than is currently provided by local rule. The parties propose that the government file any opposition by

1

May 17, 2019, and the defendant file a reply brief by May 31, 2019.  The set date of June 14, 2019 would be unchanged, subject to the Court's approval.

A proposed order is being submitted with this request.

SO STIPULATED:

DATED: April 19, 2019    /s/ ROBERT DAVID REES
                         ROBERT DAVID REES
                         Assistant U.S. Attorney

DATED: April 19, 2019    /s/ John J. Jordan
                         John J. Jordan
                         Attorney for Defendant

[PROPOSED] ORDER

FOR GOOD CAUSE, the briefing schedule for defendant's motion to dismiss is amended to allow the government to file any opposition by May 17, 2019, and the defendant to file a reply brief by May 31, 2019.  The hearing date of June 14, 2019, will remain unchanged.

IT IS SO ORDERED.

Dated: April 22, 2019    _____
                         JUDGE JON S. TIGAR
                         United States District Judge
                         _____

2