UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-cr-00028-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION IN LIMINE NUMBER THREE** |
| JEHOADDAN WILSON, | Re: ECF No. 94, 144 |
| Defendant. | |

Defendant's motions in limine are now before the Court. ECF No. 144. In her third motion in limine, *id.* at 7-8, she appears to be requesting an order excluding documents that consist of "hearsay, lack foundation, and/or are irrelevant to the specific charges against Ms. Wilson," *id.* at 8.

So construed, the motion is denied. As relevant here, the purpose of a motion in limine is to determine the admissibility of specific evidence in advance of trial. Defendant fails to identify any specific documents in her motion and "is seeking only to enforce an exclusionary rule in the abstract." *McCluskey v. Allstate Ins. Co.*, No. 04-cv-191-M-LBE, 2006 WL 6853110, at *6 (D. Mont. Feb. 10, 2006). Without a specific document before it, the Court cannot grant the requested relief.

This order eliminates the need for argument on this motion at the hearing scheduled for September 5, 2019.

**IT IS SO ORDERED.**

Dated: September 3, 2019

_____
JON S. TIGAR
United States District Judge