UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEHOADDAN WILSON,<br><br>    Defendant. | Case No.17-cr-00028-JST-1<br><br>**CLERK'S NOTICE CONTINUING STATUS CONFERENCE** |

**YOU ARE NOTIFIED THAT** the Status Conference set for March 20, 2020 is CONTINUED. The Status Conference is reset for May 1, 2020 at 9:30 A.M. before the Honorable JON S. TIGAR.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: March 18, 2020

                                                     Susan Y. Soong
                                                   Clerk, United States District Court

                                                   By: _____
                                                 Mauriona Lee, Deputy Clerk to the
                                                 Honorable JON S. TIGAR
                                                 510-637-3547