UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEHOADDAN WILSON,<br>Defendant. | Case No. 17-cr-00028-JST-1<br><br>**ORDER RE: CONDUCTING A TRIAL; COURT'S INTENDED JUROR QUESTIONNAIRE** |

This case is currently scheduled for a status conference on July 20, 2020; a pretrial conference on August 12 and 13, 2020; and a trial on September 14, 2020. At the July 20 conference, the Court, counsel, and the parties will discuss whether a jury trial can be safely conducted in light of existing public health conditions and, if so, how.

One certainty is that jury selection will be substantially more time-consuming. The Court will only be able to bring a limited number of jurors at one time into the courtroom for questioning. It will take longer for jurors and other persons to enter and exit the courtroom, given the need to maintain physical distancing. Everyone's use of masks, which the Court will require, will lengthen the questioning process. Accordingly, to reduce the amount of time required for in-person voir dire, the Court intends to submit the attached juror questionnaire to prospective jurors by SurveyMonkey in advance of the trial. During voir dire, the parties may ask follow-up questions to responses in the questionnaire as well as questions about additional topics.

Parties' comments, objections to the form of questions, or suggested modifications to the questionnaire may also be submitted by July 15, 2020. If needed, the Court will discuss these comments with the parties at the July 20, 2020 status conference. The Court orders the parties to provide the Court with a list of names of persons who *may* testify at trial by August 13, 2020, so

that this information can be included in the form sent to prospective jurors.  The Court can provide additional or amended information to prospective jurors on the day of trial.

The Court now also orders that any exhibits used at trial must be presented solely in digital format.

**IT IS SO ORDERED.**

Dated:  July 8, 2020



JON S. TIGAR
United States District Judge

**JUROR QUESTIONNAIRE - INSTRUCTIONS**

These questions are designed to obtain information about you as a possible juror in a pending case. Filling out the questionnaire online will substantially shorten the process of jury selection.

Please respond to the following questions as completely as possible. You will be given an opportunity to explain or expand your answers at jury selection.

Where you feel your answer might invade your right to privacy or be embarrassing to you, you may indicate this by placing your initials in the answer box. The judge will then give you an opportunity to explain your request privately, with only the judge, the attorneys, and the court reporter present.

Because this questionnaire is part of the jury selection procedure, you must answer the questions under penalty of perjury, and you must fill out the answers by yourself, without help from any other person. Please do not discuss this case or the questionnaire with anyone.

As you answer the questions that follow, please keep in mind that there are no "right" or "wrong" answers.

Thank you for your cooperation.

# JUROR QUESTIONNAIRE

1. Your name: _____

2. Your age: _____

3. The city where you live: _____

   How long have you lived there: _____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. Your marital status: (circle one)

   single   married   live with partner   separated   divorced   widowed

7. What is your occupation, and how long have you worked in it? (If you are retired or unemployed, please describe your main occupation when you were working.)

   _____
   _____
   _____

8. Who is (or was) your employer?

   _____

9. How long have you worked (or did you work) for this employer? _____

10. Please list the occupations of any adults with whom you live:

    _____

11. If you have children, please list their ages and sex and, if they are employed, please give their occupations:

    _____
    _____
    _____
    _____
    _____

12. Please describe your educational background:

    Highest grade completed: _____

4

College and/or vocational schools you have attended:

_____

_____

_____

Major areas of study: _____

13. Have you ever served on a jury before? _____ How many times? _____

   If yes: State/County Court _____ Federal Court _____

   When? _____

   Was it a civil or criminal case? _____

   Did the jury(ies) reach a verdict? _____

   Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides here?

   Yes:_____ No:_____

14. Have you, or a close friend or family member, ever worked for a court or for any prosecution or criminal defense office, including a district attorney's office, United States Attorney's Office, public defender's office, or a private criminal defense attorney's office?

   Yes:_____ No:_____

15. Have you, or a close friend or family member, ever been employed by any law enforcement agency?

   Yes:_____ No:_____

16. Have you ever served in the military police or in courts martial?

   Yes:_____ No:_____

17. Are you acquainted with Judge Jon Tigar, the judge in the case?

   Yes:_____ No:_____

18. Have you, or a close friend or family member, been the victim of or a witness to a crime?

   Yes:_____ No:_____

   If yes, please explain: _____

5

19. Have you, or a close friend or family member, ever been accused, arrested or convicted of any offense?

    Yes:_____ No:_____

    If yes, please explain: _____

20. Have you, or a close friend or family member, ever had a bad experience with a court or with law enforcement or the federal government?

    Yes:_____ No:_____

    If yes, please explain: _____

21. Do you believe law enforcement officers are either more or less likely to tell the truth than other witnesses because of their occupations?

    Yes:_____ No:_____

22. The defendant, attorneys and witnesses may be of various races, ethnicities and national origins. Would the race, ethnicity or national origin of the defendant, the attorneys, the witnesses or the law enforcement agents make it difficult for you to be a fair juror?

    Yes:_____ No:_____

23. In this case, the government alleges that the defendant defrauded the Internal Revenue Service ("IRS") by submitting false claims requesting tax refunds in the names of other people. Have you ever had a particularly good or bad experience with the IRS?

    Yes:_____ No:_____

If yes, please explain: _____

_____

_____

24. Have you ever worked (1) for the IRS; (2) as a tax preparer; or (3) as a tax attorney?

      Yes:_____ No:_____

If yes, please explain: _____

_____

_____

25. Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror?

      Yes:_____ No:_____

If yes, please explain: _____

_____

_____

26. Below is a list of the parties, agents, investigators, attorneys, potential witnesses and other people connected with this case. Do you think you might know any of these people?
      Yes:_____ No:_____

If yes, please place a checkmark by the name(s).

27. The Court will take every reasonable precaution to protect your health and the health of fellow jurors, the parties, court staff, and the public. Are you willing to abide by any rules the Court adopts regarding physical distancing, the wearing of masks, and other public health measures during trial if you are selected as a juror?

      Yes:_____ No:_____

28. Are you willing to notify the Court immediately if, during trial, you feel ill or are exposed to anyone feeling ill?

      Yes:_____ No:_____

29. JUROR'S OATH:

I declare under penalty of perjury that my answers to this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing this questionnaire.

Name:
Date:

**List of Parties, Agents, Investigators, Potential Witnesses and Other People Connected With This Case**

(Defendant)
(Defendant's Standby Counsel)
(Assistant United States Attorney)