UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEHOADDAN WILSON,<br>Defendant. | Case No. 17-cr-00028-JST-1<br><br>**ORDER RE: MOTIONS IN LIMINE**<br>Re: ECF Nos. 93, 94, 144, 152, 176 |

The parties in this case have filed various motions in limine in anticipation of trial dates that were later continued. ECF Nos. 93, 94, 144, 152, 176. These motions are hereby terminated. With the exception of Defendant's third motion in limine, which the Court has already denied, see ECF No. 157, the parties are ordered to refile these motions 14 days before the pretrial conference once a new trial date is set. All such motions should be filed in accordance with the Court's standing order for criminal cases.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____
JON S. TIGAR
United States District Judge