UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEHOADDAN WILSON,<br><br>Defendant. | Case No. 17-cr-00028-JST-1<br><br>**ORDER RE: CONDUCTING A TRIAL; COURT'S INTENDED JUROR QUESTIONNAIRE**<br><br>Re: ECF No. 242 |

This case is currently scheduled for a pretrial conference on February 5, 2021 and a trial on March 1, 2021.

The Court will distribute a jury questionnaire to potential jurors in advance of voir dire so that the questioning of jurors can be done as efficiently as possible. Below is the proposed questionnaire, based in part on the Government's suggested voir dire questions. ECF No. 249.

The parties shall review the proposed questionnaire and be prepared to present any objections to the draft questionnaire at the pretrial conference.

**IT IS SO ORDERED.**

Dated: February 2, 2021



JON S. TIGAR
United States District Judge

**JUROR QUESTIONNAIRE - INSTRUCTIONS**

These questions are designed to obtain information about you as a possible juror in a pending case. Filling out the questionnaire online will substantially shorten the process of jury selection.

Please respond to the following questions as completely as possible. You will be given an opportunity to explain or expand your answers at jury selection.

Where you feel your answer might invade your right to privacy or be embarrassing to you, you may indicate this by placing your initials in the answer box. The judge will then give you an opportunity to explain your request privately, with only the judge, the attorneys, and the court reporter present.

Because this questionnaire is part of the jury selection procedure, you must answer the questions under penalty of perjury, and you must fill out the answers by yourself, without help from any other person. Please do not discuss this case or the questionnaire with anyone.

As you answer the questions that follow, please keep in mind that there are no "right" or "wrong" answers.

Thank you for your cooperation.

# JUROR QUESTIONNAIRE

**Biography**

1. Your name: _____

2. Your age: _____

3. The city or town where you live: _____

   How long have you lived there: _____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. If called to serve as a juror, how will you commute to the courthouse:

   ___ public transportation   ___ car share   ___ personal vehicle

   ___ other (please specify: _____)

7. Your marital status:

   ___ single   ___ married   ___ live with partner   ___ separated

   ___ divorced   ___ widowed

8. Please describe your educational background:

   Highest grade completed: _____

   College and/or vocational schools you have attended:

   _____

   _____

   _____

   Major areas of study: _____

9. Is English your first language? If no, what is your first language? _____

**Employment**

10. What is your current employment status? (e.g. working full-time, unemployed – looking for work, unemployed – not looking for work, homemaker, full-time student, etc.)

    _____

3

11. What is your occupation, and how long have you worked in it? (If you are retired or unemployed, please describe your main occupation when you were working.)

12. Who is (or was) your employer?

13. How long have you worked (or did you work) for this employer? _____

14. Please list the occupations of any adults you live with:

15. If you have children, please list their ages and sex and, if they are employed, please give their occupations:

16. Have you ever worked (1) for the IRS; (2) as a tax preparer; or (3) as a tax attorney?

    Yes:_____ No:_____

    If yes, please explain:

**General Background**

17. Where do you get your news? (websites, social media, newspapers, magazines, radio stations, etc.) What specific websites, newspapers, social media, etc. do you use?

18. Do you, or anyone close to you belong to, volunteer with, or contribute to any clubs, civic or religious organizations, special interest groups and/or charitable organizations? If yes, please provide details.

19. Do you have any bumper stickers on your car? If yes, please describe.

**Health**

20. Do you have any physical or emotional disability, impairment, or condition that would interfere with your ability to hear, see, or pay attention to the evidence in this case?

    Yes:_____ No:_____ If yes, please explain: _____

21. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    Very concerned:_____ Somewhat concerned:_____ Not concerned:_____

22. If called to serve as a juror, how comfortable are you being in a very large courtroom with 20-30 people, assuming that everyone is wearing a mask and practicing physical distancing?

    Very uncomfortable:_____ Somewhat uncomfortable:_____

    Moderately comfortable:_____ Very comfortable:_____

23. How often do you wear a mask in indoor spaces when away from your home?

    Never:_____ Some of the time:_____ Most of the time:_____ Always:_____

**Experience with the Legal System and U.S. Government**

24. This is a prosecution brought by the United States government against the defendant. Do you have any opinions about the United States government in general, either positive or negative, that might make it difficult for you to be a fair and impartial juror in this case?

    Yes:_____ No:_____

5

If yes, please tell us about your feelings and opinions and why you believe they might affect your ability to be fair and impartial:

25. Have you ever served on a jury before? _____ How many times? _____

   If yes: State/County Court _____ Federal Court _____

   When? _____

   Was it a civil or criminal case? _____

   Were you the foreperson? _____

   Without saying what the verdict was, did the jury(ies) reach a verdict? _____

   Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides here?

   Yes:_____ No:_____

26. Have you ever testified in a criminal case? Yes:_____ No:_____

   Was it a civil or criminal case? _____

   In what capacity did you testify – as a witness, victim, defendant, expert, or other?

   Is there any reason that this experience would affect your ability to be fair, objective, and impartial to both sides here?

   Yes:_____ No:_____

27. Have you, or a close friend or family member, ever worked for any court or for any prosecution or criminal defense office, including a district attorney's office, United States Attorney's Office, public defender's office, or a private criminal defense attorney's office?

   Yes:_____ No:_____

   If yes, provide details: _____

6

Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides here?

Yes:_____ No:_____

28. Have you, or a close friend or family member, ever studied or practiced law?

Yes:_____ No:_____

If yes, provide details._____

29. Have you, or a close friend or family member, ever been employed by any law enforcement agency?

Yes:_____ No:_____

If yes, provide details._____

30. Have you ever applied to serve in the law enforcement or the military?

Yes:_____ No:_____

If yes, provide details._____

31. Have you, or a close friend or family member, ever been the victim of or a witness to a crime?

Yes:_____ No:_____

If yes, please explain: _____

_____

_____

_____

Was anyone arrested and/or charged with committing the crime of which you were a victim? Yes:_____ No:_____

If so, how do you feel you were treated by law enforcement officers, prosecutors, defense attorneys, and the courts during this case?

_____

_____

Is there anything about your experience that might affect your ability to be a fair and impartial juror in this case?

7

32. Have you, or a close friend or family member, ever been accused, arrested or convicted of any offense?

    Yes:_____ No:_____

    If yes, please explain: _____

    _____

    _____

    _____

    How was the arrest or the charge[s] resolved?

    _____

    _____

    Is there anything about your experience that has caused you any feelings regarding law enforcement that might make it difficult for you to be a fair and impartial juror in this case?

    _____

    _____

33. Have you, or a close friend or family member, ever had any negative experience with a court or any law enforcement officer or federal agent that would affect your ability to be fair and impartial in this case?

    Yes:_____ No:_____

    If yes, what was the nature of that experience?

    _____

    _____

    _____

    Why do you think it would affect your ability to be fair and impartial?

    _____

    _____

    _____

8

34. Have you ever had an unpleasant experience in court or involving a judge, prosecutor, or defense attorney?

    Yes:_____ No:_____

    If yes, please explain: _____

    _____

    _____

    _____

35. Do you have any feelings regarding the criminal justice system that might affect your ability to consider the evidence in this case fairly and impartially, and to base your verdict only on the evidence presented in this case?

    Yes:_____ No:_____

    If yes, please explain: _____

    _____

    _____

    _____

36. Do you have any opinion regarding law enforcement officers, agents, or employees of the Internal Revenue Service and other federal agencies that would affect your ability to fairly and impartially evaluate the credibility of the officer, like any other witness, simply because he or she is an officer?

    Yes:_____ No:_____

    If yes, please explain: _____

    _____

    _____

    _____

37. Do you believe law enforcement officers are either more or less likely to tell the truth than other witnesses because of their occupations?

    Yes:_____ No:_____

    If yes, please explain: _____

9

38. Do you have any feelings or opinions about people accused of crimes that would make it difficult for you to accord for the defendant the presumption of innocence and require the government to prove her guilt beyond a reasonable doubt?

    Yes:_____ No:_____

    If yes, please explain: _____

39. Have you, or a close friend or family member, ever made or filed a claim against the United States or any agency of the United States?

    Yes:_____ No:_____

    If yes, please explain the nature of the claim and its current status: _____

    Is there anything about your experience or knowledge of this event that could cause you to have any bias or animosity toward law enforcement agents, the government in general, or the prosecution team in this case?

40. Have you had any dealing whatsoever with the United States Government in connection with which you feel that the government did not give you fair treatment?

    Yes:_____ No:_____

    If yes, please explain: _____

41. Have you, or has any close friend or family member, had any contact with the Internal Revenue Service?

    If yes, please explain: _____

    Do you feel that you or your family member or friend was treated fairly by the office or agency?

    Yes:_____ No:_____

42. Have you, or has any close friend or family member, ever had had personal experiences, including being audited by the Internal Revenue Service or a state taxing authority, that may affect your ability to be fair and impartial in this case?

43. Do you have any disagreement with any U.S. criminal law or tax law?

    Yes:_____ No:_____

    If yes, please identify which laws and why you disagree with them: _____

    Do these feelings or opinions apply to all types of federal laws, or just certain ones?

**Knowledge of the Case**

44. The indictment in this case charges Jehoaddan Wilson with one count of conspiracy to file false claims, in violation of 18 U.S.C. § 286; six counts of filing a false claim, in violation of 18 U.S.C. § 287; six counts of wire fraud, in violation of 18 U.S.C. § 1343; and, six

11

counts of aggravated identity theft, in violation of 18 U.S.C § 1028A. The indictment charges the defendant with preparing and submitting fraudulent 2011 federal income tax returns in the names of others and asking the IRS to deposit portions of the refunds into her own bank account.  The aggravated identity theft counts assert that the defendant knowingly used another person's identification in relation to the enumerated felony of wire fraud when she used clients' names and Social Security numbers to file false returns.

Is there anything about the nature of the charges in this case that would prevent you from deciding this case fairly?

     Yes:_____ No:_____

If yes, please explain: _____

45. Have you heard, seen, or read anything from any source about this case?

     Yes:_____ No:_____

If yes, please describe the source and substance of what you've heard, seen, or read: _____

Have you formed any opinions about this case based on what you've heard, seen, or read: _____

Is there anything about your knowledge about this case that would prevent you from following the Court's instructions to determine the defendant's guilt or innocence based only on the evidence produced in this trial?

     Yes:_____ No:_____

If yes, please explain: _____

12

**Knowledge of the Parties**

46. To your knowledge, do you or anyone close to you, including family members or friends, know any of the following individuals, or any of their family members:

    \_\_\_\_\_ Judge Jon Tigar, the judge in the case, or any member of his staff

    \_\_\_\_\_ Robert David Rees, prosecutor

    \_\_\_\_\_ Alexis Jane Loeb, prosecutor

    \_\_\_\_\_ Kristina Green, prosecutor

    \_\_\_\_\_ Meredith Blagden Osborn, prosecutor

    \_\_\_\_\_ Any employee of the United States Attorney's Office

    \_\_\_\_\_ Jehoaddan Wilson

    \_\_\_\_\_ Anyone in Jehoaddan Wilson's family

    \_\_\_\_\_ Robert Frederick Waggener, Jehoaddan Wilson's defense attorney

    \_\_\_\_\_ John J. Jordan, Jehoaddan Wilson's defense attorney

    \_\_\_\_\_ Junius Winters

    \_\_\_\_\_ Wayne Brown

    \_\_\_\_\_ Amjad Qaqish

    \_\_\_\_\_ Jeanette Cruz

    \_\_\_\_\_ Lisa Cruz

    \_\_\_\_\_ Shamar Dunlap

    \_\_\_\_\_ Shaun Kong

    \_\_\_\_\_ Steve Martins

    \_\_\_\_\_ Brenda Loston

    \_\_\_\_\_ Maridehl Mather

_____ Cindy Lin

_____ Florinda Nivens

_____ Renee Perez

For anyone for whom you checked "yes," please list the name and how you know that person: _____

_____

_____

_____

47. The defendant, attorneys and witnesses may be of various races, ethnicities, national origins, or religions, and may have various lifestyles or socioeconomic statuses. Would the race, ethnicity, national origin, religion, or socioeconomic status of the defendant, the attorneys, or the witnesses make it difficult for you to be a fair juror or in any way affect your judgment or the weight and credibility you would give a person's testimony?

Yes:_____ No:_____

**Legal Principles and Ability to Deliberate**

48. The Court will instruct you that, in a criminal case, the burden of proof is on the prosecution. This burden never shifts to the defendant. The defendant is innocent and cannot be proven guilty unless the jury unanimously decides that her guilt has been proven beyond a reasonable doubt. Will you follow these rules of law?

Yes:_____ No:_____

If no, please explain: _____

_____

_____

_____

If, after hearing all of the evidence, you thought the defendant was probably guilty, but also believed the prosecution did not prove its case beyond a reasonable doubt, would you have any trouble voting not to convict the defendant?

Yes:_____ No:_____

14

If, after hearing all of the evidence, you believe the prosecution has proved that the defendant is guilty beyond a reasonable doubt, would you have any trouble voting to convict the defendant?

      Yes:_____ No:_____

49. The defendant in this case has been charged with crimes in an Indictment. The fact that a defendant has been charged with a crime by Indictment is entitled to no weight in your analysis. Do you think that because the defendant has been charged here she must have done something wrong?

      Yes:_____ No:_____

Does the fact that the defendant has been charged with crimes and must now stand trial affect your view now about whether or not the defendant is presumed innocent?

      Yes:_____ No:_____

50. In a criminal case, you will be instructed that a defendant has an absolute right not to testify, and the lack of testimony cannot be held against her in any way. Will you follow this law?

      Yes:_____ No:_____

If no, please explain: _____

_____

_____

_____

If the defendant decides not to testify in this case, would you have any trouble presuming that she is innocent, and that her decision not to testify is consistent with being innocent?

      Yes:_____ No:_____

If the defendant does not testify in this case, might you in any way relieve the government of its burden of proving guilt with evidence beyond a reasonable doubt?

      Yes:_____ No:_____

51. As a member of the jury, the Court will instruct you on what the law is and that you must apply that law in this case even if you do not personally agree with it. It is important that the law is applied to everyone in the same way. Do you believe that, for any reason, you would not be able to follow the instructions of the Court?

      Yes:_____ No:_____

15

If yes, please explain: _____

_____

_____

_____

Would you be able to apply the law given to you by the Court, even if you believe the law should be different?

     Yes:_____ No:_____

52. The Court will instruct you on the law you must follow in rendering a verdict in this case. Is there anything that would prevent you from following the law as the Court instructs?

     Yes:_____ No:_____

If yes, please explain: _____

_____

_____

_____

53. Do you understand that the Court will instruct you on the law, but that you, as jurors, are the exclusive judges of the facts?

     Yes:_____ No:_____

54. Is there anything about your political beliefs or affiliations in general that could prevent you from following the law as the Court instructs you or reaching a verdict based solely on the evidence you receive at trial?

     Yes:_____ No:_____

If yes, please explain: _____

_____

_____

_____

55. The parties anticipate that this trial will last approximately two weeks. Would jury service on a matter of that length cause a severe and unavoidable hardship to you?

     Yes:_____ No:_____

If yes, please explain: _____

_____

_____

_____

_____

56. Do you have any personal or religious beliefs that would make it difficult or impossible for you to render a fair and impartial verdict? For example, do your religious or other beliefs prevent you from sitting in judgment of others?

     Yes:_____ No:_____

Do you have any reservations about sitting in judgment of any person and returning a verdict?

     Yes:_____ No:_____

57. As a juror, you will be required to take an oath that neither sympathy nor prejudice will affect the outcome of your verdict. Can you remain impartial in judging the evidence and follow the instructions and laws of the Court and not allow sympathy for or against the government or sympathy for or against the defendant to influence your verdict?

     Yes:_____ No:_____

58. If you are selected as a juror in this case, will you be able to hear the evidence, deliberate with your fellow jurors, and apply the law as the Court instructs you on it without speculating about whatever punishment may or may not be imposed in this case?

     Yes:_____ No:_____

59. Knowing what you now know about this case, do you have any reservations about your ability to hear the evidence, deliberate and return a fair and impartial verdict?

     Yes:_____ No:_____

60. Can you think of any other matter that might have some bearing on your qualifications as a juror or on your ability to render a fair and impartial verdict based solely on the evidence and the judge's instructions on the law?

     Yes:_____ No:_____

If yes, please explain: _____

_____

_____

61. JUROR'S OATH:

I declare under penalty of perjury that my answers to this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others or received assistance in completing this questionnaire.

Name: _____

Date: _____

**ADDITIONAL INFORMATION**

(Use this area to provide additional information in response to any prior question)

Question Number(s): _____

Additional information: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____