# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 26 minutes |
| Date: | February 5, 2021 | | |
| Case No. | **4:17-cr-00028-JST-1** | | |

**United States of America**    v.    **Jehoaddan Wilson**

☑ Defendant Present
☐ Not Present
☐ In Custody

Robert Rees
U.S. Attorney

Robert Waggener
Stand-by Counsel

Courtroom Deputy Clerk: Mauriona Lee          Court Reporter: Diane Skillman

## *PROCEEDINGS*

Pretrial Conference – held.

## *RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Due to the COVID-19 pandemic the jury trial set for March 1, 2021 is VACATED.
3. Briefing schedule set on Motion to Dismiss, ECF. 258. Opposition due February 26, 2021. Reply due March 19, 2021.
4. Status conference set for April 2, 2021 at 9:30 a.m.
5. Time is excluded through April 2, 2021 for reasons as stated on the record. The Government shall prepare a proposed order.