STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Email: robert.rees@usdoj.gov

Attorneys for United States of America

**FILED**

Jul 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEHOADDAN WILSON,<br><br>    Defendant. | CASE NO. CR 17-0028 JST<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Testificandum requiring the production of witness JUNIUS WINTERS, before this Court on the date stated in the Writ submitted, and requiring that the witness be present for all days of trial thereafter until his testimony can be given in full, is granted,, and the Writ shall be issued as presented.

DATED: July 15, 2021 _____

_____
Hon. Judge Jon S. Tigar
United States District Judge

[~~PROPOSED~~] ORDER
CASE NO. CR 17-0028 JST

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Calipatria State Prison, 7018 Blair Road, Calipatria, California, and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of JUNIUS WINTERS, CDCR #AP8426, who is in the custody of Calipatria State Prison before the Honorable Judge Jon S. Tigar, United States District Judge for the Northern District of California, located at the Oakland Federal Courthouse, located at 1301 Clay Street, Oakland, California 94612, on September 13, 2021, at 8:30 a.m. for testimony in the trial against the defendant in the above-entitled case and further to produce said witness at all future days of that trial as necessary until his testimony can be given in full.

DATED: 07/15/2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:  Jessie Mosley
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
CASE NO. CR 17-0028 JST