UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEHOADDAN WILSON,<br><br>Defendant. | Case No. 17-cr-00028-JST-1<br><br>**SCHEDULING ORDER** |

The Court will conduct a hearing on the motion to withdraw filed by attorney Robert Waggener on April 1, 2022, at 9:30 a.m., the date and time previously set for sentencing. Defendant Jehoaddan Wilson is ordered to be personally present at that hearing. The Court notes that Ms. Wilson was already ordered to be present at that date and time.

The sentencing hearing is continued to May 5, 2022, at 9:30 a.m. Sentencing memoranda are due by April 28, 2022. Ms. Wilson is ordered to be personally present at that hearing.

**IT IS SO ORDERED.**

Dated: March 25, 2022

_____
JON S. TIGAR
United States District Judge