Alexis Loeb (State Bar No. 269895)
aloeb@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEHOADDAN WILSON,<br><br>Defendant. | Case No. 4:17-cr-00028-JST-1<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge:    Hon. Jon S. Tigar |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF COURT:**

PLEASE TAKE NOTICE that pursuant to Criminal Local Rule 44-2(b) Alexis J. Loeb, of the law firm Farella Braun + Martel LLP, hereby withdraws as counsel of record for Plaintiff United States of America. Alexis J. Loeb no longer works for the United States Attorney's Office. Please remove Alexis J. Loeb from the ECF docket.

Dated:  April 16, 2026          FARELLA BRAUN + MARTEL LLP


By:   */s/ Alexis J. Loeb*
      Alexis J. Loeb

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 4:17-cr-00028-JST

46024\21009264.1